UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas Sellers, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>  v.<br><br>Event Tickets Center, Inc.,<br><br>      *Defendant*. | Case No. 1:24-cv-01881 |

**Plaintiff's Notice of Voluntary Dismissal**

Plaintiff Thomas Sellers hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, according to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 9, 2024

Respectfully submitted,

By: */s/ Jonas Jacobson*

Jonas B. Jacobson (Cal. Bar No. 269912)*
jonas@dovel.com
Christin Cho (Cal. Bar No. 238173)*
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Counsel for Plaintiff*

* Pro Hac Vice forthcoming

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/10/2024

*/s/ Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

1